**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| FALL LINE PATENTS, LLC, § | | |
| § | | |
| Plaintiff, § | | |
| § | CIVIL ACTION NO. 5:24-CV-00167-RWS | |
| v. § | *LEAD CASE* | |
| § | | |
| 7-ELEVEN, INC., § | | |
| § | | |
| Defendant. § | | |
| § | | |
| FALL LINE PATENTS, LLC, § | | |
| § | | |
| Plaintiff, § | | |
| § | CIVIL ACTION NO. 5:24-CV-00173-RWS | |
| v. § | *MEMBER CASE* | |
| § | | |
| AUTOZONE, INC., § | | |
| § | | |
| Defendant. § | | |

**ORDER**

Before the Court is the parties' Joint Motion to Dismiss AutoZone, Inc. pursuant to FED. R. CIV. P. 41(a). Docket No. 203. The parties request that the Court dismiss with prejudice all claims made by Fall Line Patents, LLC and AutoZone, Inc. against each other. After review, the motion (Docket No. 203) is **GRANTED**. Accordingly, it is

**ORDERED** that Plaintiff's claims against Defendant AutoZone, Inc. are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that Defendant AutoZone, Inc.'s claims against Plaintiff are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that each party bear its own attorney's fees, costs, and expenses. It is further

**ORDERED** that any pending motions in the member case (5:24-CV-173) are **DENIED-AS-MOOT**.

The Clerk of Court is directed to terminate Defendant AutoZone, Inc. from this action and close the member case 5:24-CV-173.

**So ORDERED and SIGNED this 26th day of August, 2025.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE